

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,902-03

### EX PARTE DERWIN ALPHONSO RIDDICK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 067663-A IN THE 397TH DISTRICT COURT FROM GRAYSON COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of evading arrest and drug delivery and sentenced to imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he is being denied pre-sentence time credit awarded on the judgment. The trial court finds that it has already awarded the time credit in question. Nonetheless, Applicant asserts he is not receiving the time credit from prison officials. The habeas record contains two judgments listing different periods of pre-sentence confinement. It is not clear whether prison officials received the judgment to which the trial court refers in its findings and whether prison officials are properly applying the pre-sentence confinement credits listed there.

Applicant has alleged facts that, if true, might entitle him to relief. Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d).

The trial court shall order the Texas Department of Criminal Justice's Office of the General Counsel to obtain a response from a person with knowledge of relevant facts. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d).

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: March 31, 2021
Do not publish